**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **GERALD RAY WEDEL,** *et al.,*   ) | |
| ) | |
| **Plaintiffs,**   ) | |
| ) | |
| v.   ) | **Case No. 10-1134-EFM-JPO** |
| ) | |
| **JON R. CRAIG,** *et al.***,**   ) | |
| ) | |
| **Defendants.**   ) | |
| _____) | |

**MOTION FOR POTECTIVE ORDER**

COME NOW, Defendants Kansas District Court Magistrate Judge Michael Freelove, Kansas District Court Judge E. Leigh Hood, and the Ford County District Court, by and through counsel, Stephen Phillips, Assistant Attorney General for the State of Kansas, and move for an order protecting these Defendants from further abusive filings by Plaintiff Gerald Wedel in this matter.

These Defendants moved to dismiss (Docs. 13 and 14) and moved to stay discovery (Docs 16 and 17). Plaintiff Gerald Wedel filed no response to either. Instead Wedel filed a Motion to Strike. (Doc. 17.) These Defendants responded.[1] (Doc. 18.) Rather than file a reply, Wedel has filed a second Motion to Strike. (Doc. 19.)

Wedel's second Motion to Strike contains nothing of substance that is new. It is an unsupported, slanderous attack against this counsel, accusing Defendants' counsel of all sorts of vague misconduct, and is replete with conclusory statements and irrelevant case cites. While

---

[1] The heading of Defendants' Response incorrectly indicated a defendant this counsel is representing in another of Wedel's cases. The body of the Response was accurate.

Wedel is not responding to these Defendants' motions, these Defendants are required by D. Kan. Rule 7.4 to respond to whatever Wedel files or risk having the matter deemed uncontested. Because Wedel's second Motion to Strike is abusive and duplicative to his first, these Defendants request that, until such time as the Court rules on these Defendants' Motion to Dismiss, the Court enter a Protective Order whereby these Defendants are not required to file responses to further motions by the Wedels unless directed to do so by the Court.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
STEVE SIX

s/ Stephen Phillips
Stephen Phillips, KS No. 14130
Asst. Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
TEL:   (785) 296-2215
FAX:   (785) 291-3767
steve.phillips@ksag.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notices to the following:

None

and that on this same date, I mailed the foregoing *via* first class U.S. Mail, postage prepaid, addressed to:

Gerald Ray Wedel
Letha Wedel
1625 U.U. Rd
Copeland, KS 67837

s/ Steve Phillips
Steve Phillips